Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Corey C. Wilson, State Bar No. 332800
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
T: (415) 353-0999
F: (415) 353-0990
Email: rosman@bfesf.com
       scrawfor@bfesf.com
       cwilson@bfesf.com

Attorneys for Defendant
BRIGITTE SHEARER

Joseph P. Cuviello
15 Wakefield Court
Belmont, CA 94002
Telephone: (650) 315-3776
Email: pcuvie@gmail.com

PLAINTIFF In Pro Se.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PAT CUVIELLO, individually, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BELMONT, CITY OF BELMONT CITY MANAGER AFSHIN OSKOUI AND CITY OF BELMONT PARKS AND RECREATION DIRECTOR BRIGITTE SHEARER, in their individual and official capacities, Jointly and Severally, <br><br> Defendants. | Case No. 3:23-CV-00029-LB <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** <br><br><br><br> Hon. Laurel Beeler |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff JOSEPH PAT CUVIELLO and Defendant BRIGITTE SHEARER (by and through her designated counsel) (hereinafter, "the Parties"), that Plaintiff's sole remaining cause of action for Retaliation against Defendant SHEARER be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41, subsection (a)(1)(A)(ii).

WHEREAS, on January 4, 2023 Plaintiff filed the original Complaint (ECF 1);

WHEREAS, on January 24, 2023 Plaintiff filed the First Amended Complaint (ECF 7);

WHEREAS, in the FAC Plaintiff named the City of Belmont, City Manager Afshin Oskoui and

City Parks and Recreation Director BRIGITTE SHEARER (collectively referred to as "City Defendants") as Defendants;

WHEREAS, on March 2, 2023, the City Defendants filed a motion to dismiss the FAC (ECF 28);

WHEREAS, on July 31, 2023, the District Court issued an order wherein it granted in part and denied in part the City Defendants' motion to dismiss (ECF 51);

WHEREAS, pursuant to the District Court's order, all causes of action and Defendants were dismissed except for Plaintiff's cause of action for Retaliation against Defendant SHEARER (ECF 51);

WHEREAS, the Parties agree that this Stipulation disposes of Plaintiff's sole remaining cause of action for Retaliation against Defendant SHEARER set forth in the FAC.

**IT IS SO STIPULATED.**

Dated:  July 25, 2024                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:  */s/ Sheila D. Crawford*
       Richard W. Osman
       Sheila D. Crawford,
       Corey C. Wilson
       Attorneys for Defendant
       BRIGITTE SHEARER

Dated:  July 25, 2024

By:  */s/ Joseph Pat Cuviello*
       Joseph Pat Cuviello
       PLAINTIFF In Pro Se

## ELECTRONIC CASE FILING ATTESTATION

I, Sheila D. Crawford, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: July 25, 2024                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                        */s/ Sheila D. Crawford*
                                        Sheila D. Crawford